UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRADLEY MARTIN, MATTHEW CRULL,
KRISTIN SCHMIER, MELISSA MORALES,
JABARI SCHWEITZER, DILLON FELTS,
KENNETH HOGAN, KELSEA CALLAHAN,
GRAYSON KYTE, GARY SAUNDERS,
JAMES SUTTON, CICILIO PEREZ, JOHN
VELTRE and SAMUEL PALMIERI,

      Plaintiffs,
v.

WILLIAM D. SNYDER, in his official
capacity as Sheriff of Martin County,
Florida and STEVEN O'LEARY, individually,

      Defendants.
_____/

CASE NO.: 2:21-cv-14469-CANNON

## JOINT STATUS REPORT PER COURT'S ORDER [ECF No. 124]

Pursuant to the Court's Paperless Order [ECF No. 124], the parties submit this joint status report updating the Court on the status of the case in anticipation of trial as follows:

Undersigned counsel wishes to advise the Court that settlement negotiations are in progress. Although it is possible that these negotiations may result in an amicable resolution as to a few of Plaintiffs' claims, it is not expected to result in a resolution of even the majority of the Plaintiffs' claims. In any event, at the present time, all parties will be ready to proceed to trial during the Court's upcoming trial docket which begins on March 25, 2024.

Respectfully submitted February 16, 2024.

| | |
|---|---|
| */s/ Lance P. Richard, Esq.* | */s/ Jordan R. Wagner, Esq.* |
| Lance P. Richard, Esq. | Jordan R. Wagner, Esq. |
| Florida Bar No. 44156 | Florida Bar No. 0014852 |
| LANCE P. RICHARD, P. A. | KIBBEY \| WAGNER |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| 51 SE Ocean Blvd. | 73 SW Flagler Ave. |
| Stuart, FL 34994 | Stuart, FL 34994 |
| Telephone: (772) 223-9600 | Telephone: (772) 444-7000 |
| Facsimile: (772) 223-0859 | Facsimile: (772) 872-5185 |
| Email: lrichard@lrichardlaw.com | Email: jwagner@kibbeylaw.com |
| cshaler@richardlaw.com | diana@kibbeylaw.com |

*/s/ Summer M. Barranco*
Summer M. Barranco, Esq.
Florida Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA P.A.
*Attorneys for Defendant Sheriff*
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, FL 33304
Telephone (954) 462-3200
Email: summer@purdylaw.com
isabella@purdylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via the CM/ECF system which sends an electronic copy to: **LANCE P. RICHARD, ESQUIRE,** Lance P. Richard, P.A., 51 SE Ocean Blvd., Stuart, Florida 34994 (Email: lrichard@lrichardlaw.com) and **JORDAN REID WAGNER, ESQUIRE,** Kibbey Wagner, PLLC, 73 SW Flagler Avenue, Stuart, Florida 34990 (Email: jwagner@kibbeylaw.com ), this 16th day of February, 2024.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail:summer@purdylaw.com; isabella@purdylaw.com
Attorneys for *Defendant Sheriff*