UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| BRADLEY MARTIN, MATTHEW CRULL, KRISTIN SCHMIER, MELISSA MORALES, JABARI SCHWEITZER, DILLON FELTS, KENNETH HOGAN, KELSEA CALLAHAN, GRAYSON KYTE, GARY SAUNDERS, JAMES SUTTON, CICILIO PEREZ, JOHN VELTRE and SAMUEL PALMIERI | DEFENDANT'S AMENDED WITNESS LIST |
|---|---|
| V. | **CASE NO.: 2:21-cv-14469** |
| WILLIAM D. SNYDER, in his official capacity as Sheriff of Martin County, Florida and STEVEN O'LEARY, individually, / | |

| PRESIDING JUDGE<br><br>**Honorable Judge Donal M. Middlebrooks** | PLAINTIFF'S ATTORNEY<br><br>**Jordan R. Wagner, Esq**<br>**Lance P. Richard, Esq** | DEFENDANTS ATTORNEY<br><br>**Summer M. Barranco, Esq**<br>**Richard A. Giuffreda, Esq.**<br>**Gregory J. Jolly, Esq.** |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. No. | DEF. No | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | 1. | | | | Justin Albauer |
| | 2. | | | | Amy Allison |
| | 3. | | | | D/S William Baker |
| | 4. | | | | Sergeant Timothy Baltes |
| | 5. | | | | Detective Dillon A. Bellas |
| | 6. | | | | Deputy Jacob Blaszyk |
| | 7. | | | | Lieutenant John Bowdoin |
| | 8. | | | | Lieutenant Edward Brochu |
| | 9. | | | | Chief Deputy John Budensiek Jr. |
| | 10. | | | | Kelsea Callahan (Plaintiff) |

1

| | | | | | |
|---|---|---|---|---|---|
| | 11. | | | | Detective Robert Calarco |
| | 12. | | | | D/S Christopher Caplan |
| | 13. | | | | Deputy Nicholas Castoro |
| | 14. | | | | Lieutenant Yesenia Carde-Watson |
| | 15. | | | | Kristen Chase (ASA) |
| | 16. | | | | D/S Michael Coccaro |
| | 17. | | | | Deputy Collin M. Corley |
| | 18. | | | | Deputy Paul Council |
| | 19. | | | | Major Peter Croft |
| | 20. | | | | Ryan Crull (Plaintiff) |
| | 21. | | | | Captain John Cummings |
| | 22. | | | | D/S Justin DeLuca |
| | 23. | | | | Lt. Mark Diapoules |
| | 24. | | | | Lt. Michael J. Dougherty |
| | 25. | | | | Lt. Bill O. Dowdy |
| | 26. | | | | D/S Kevin Duffy |
| | 27. | | | | Detective Daniel Dulac |
| | 28. | | | | Sergeant Travis Dykes |
| | 29. | | | | Dillon Felts (Plaintiff) |
| | 30. | | | | D/S Zachary Ferreira |
| | 31. | | | | Deputy Joaquin Ferreira |
| | 32. | | | | Sergeant James Foster |
| | 33. | | | | D/S Matt Fritchie |
| | 34. | | | | Deputy Fabian Gonzales |
| | 35. | | | | D/S Heather Hedgeman (Brown) |
| | 36. | | | | Dawn Hicks |
| | 37. | | | | Kenneth Hogan (Plaintiff) |

|   |   |   |   |   |
|---|---|---|---|---|
| 38. |   |   |   | Dr. Richard Hough**EXPERT** |
| 39. |   |   |   | Detective John Hilken |
| 40. |   |   |   | Sergeant Matthew Immordino |
| 41. |   |   |   | Lindsay Isom |
| 42. |   |   |   | Corporal William Jaques |
| 43. |   |   |   | Deputy Shayne Kennedy |
| 44. |   |   |   | D/S Matthew Killough |
| 45. |   |   |   | Sergeant Joshua Kloster |
| 46. |   |   |   | Mark Kren |
| 47. |   |   |   | Grayson Kyte (Plaintiff) |
| 48. |   |   |   | David Lustgarten (ASA) |
| 49. |   |   |   | Kaitlin C. Lustgarten (ASA) |
| 50. |   |   |   | Detective James Maltese |
| 51. |   |   |   | Bradley Martin (Plaintiff) |
| 52. |   |   |   | D/S Ronald Manganiello #1690 (K-9 Unit) |
| 53. |   |   |   | Wendy L. McAllister |
| 54. |   |   |   | Detective Michael J. McMahan |
| 55. |   |   |   | D/S Wes McNeal |
| 56. |   |   |   | Deputy M. McCarthy |
| 57. |   |   |   | Melissa Morales (Plaintiff) |
| 58. |   |   |   | Jackie M. Moore (Evidence Coordinator) c/o Indian River Crime Laboratory |
| 59. |   |   |   | Corporal Matthew Mosley |
| 60. |   |   |   | Sergeant Karl Nelson (retired) |
| 61. |   |   |   | Steven O'Leary, Defendant |
| 62. |   |   |   | Samuel Palmieri (Plaintiff) |
| 63. |   |   |   | Lieutenant Donald Plant |
| 64. |   |   |   | Robert Parson Jr., (or person with the most knowledge) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | c/o Indian River Crime Lab |
| | 65. | | | | Cicillio Perez (Plaintiff) |
| | 66. | | | | Deputy Emmanuel Perez |
| | 67. | | | | Deputy Ryan Pearlman |
| | 68. | | | | Deputy George Primm Jr., |
| | 69. | | | | Salvatore J. Recco (Chemistry Supervisor) Indian River Crime Lab |
| | 70. | | | | Gary Saunders (Plaintiff) |
| | 71. | | | | Kristin Schmier (Plaintiff) |
| | 72. | | | | Deputy Eric Schaubel (retired Sgt.) |
| | 73. | | | | Major Robert Seaman (retired) |
| | 74. | | | | Sheriff William D. Snyder |
| | 75. | | | | Sergeant Bradley Spencer |
| | 76. | | | | D/S Robert Stauffer |
| | 77. | | | | Detective Erin Stacey |
| | 78. | | | | James Sutton (Plaintiff) |
| | 79. | | | | Deputy Hakim Taylor |
| | 80. | | | | Deputy Vitello |
| | 81. | | | | James Veltre (Plaintiff) |
| | 82. | | | | D/S Adam Waltersdorff |
| | 83. | | | | Deputy Andrew Watson |
| | 84. | | | | Deputy John Wilks |
| | 85. | | | | Sergeant Robert Wilke (retired) |
| | 86. | | | | Corporal Stephen Winegard, Jr. |
| | 87. | | | | MCSO Evidence Custodian |
| | 88. | | | | Any necessary records custodians |

(Certificate of Service Follows on the Next Page)

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the forgoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: **LANCE P. RICHARD, ESQUIRE,** Lance P. Richard, P.A., 51 SE Ocean Blvd., Stuart, Florida 34994 (Email: lrichard@lrichardlaw.com) and **JORDAN REID WAGNER, ESQUIRE,** Kibbey Wagner, PLLC, 73 SW Flagler Avenue, Stuart, Florida 34990 (Email: jwagner@kibbeylaw.com ), this 11th day of April, 2024.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:  (954) 462-3200
E-mail: summer@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendant Sheriff*