UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-14469-CV-MIDDLEBROOKS

BRADLEY MARTIN, et al.,
    Plaintiffs,

vs.

WILLIAM D. SNYDER, in his official capacity as
Sheriff, Martin County, Florida and
STEVEN O'LEARY, Individually,
    Defendants.
_____/

## ORDER ALLOWING ELECTRONIC EQUIPMENT
## INTO THE COURTHOUSE FOR TRIAL

**THIS MATTER** is set for trial commencing on Monday, April 22, 2024 at 9:00 am before the undersigned. The Parties have requested permission to bring electronic equipment for the duration of the trial. Therefore, it is

**ORDERED AND ADJUDGED** that the following are permitted to bring in the equipment listed below for use at the trial of this matter commencing on **Monday, April 22, 2024**:

For Plaintiffs:

    Lance P. Richard, Esq. - Lenovo ThinkPad and Apple iPhone
    Jordan Wagner, Esq. – HP Laptop and Apple iPhone
    Colleen Shaler – Apple iPhone
    Diana Velasco – Samsung Galaxy cellphone and Dell Laptop
    Amira Barajas, Paralegal – iPhone

For Defendants:

    Summer Barranco, Esq. – Dell Laptop and Samsung Galaxy cellphone
    Richard Giuffreda, Esq. – Dell Laptop and Samsung Galaxy cellphone
    Gregory J. Jolly, Esq. – Dell Laptop and Apple iPhone

**DONE AND ORDERED** at West Palm Beach, Florida this 18th day of April, 2024.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record